IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00670-RJC-DSC

MOSHE LEVI,                )
                           )
        Plaintiff,         )
                           )
v.                         )
                           )
HARRIS TEETER, LLC, et. al., )
                           )
        Defendants.        )
_____)

## ORDER

**THIS MATTER** is before the Court on "Defendants' Motion to Dismiss Plaintiff's Amended Complaint" (document #33) filed September 30, 2016, and Plaintiff's "Consent Motion for Leave to Amend Complaint" (document #39) filed November 29, 2016.

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1).

Rule 15 of the Federal Rules of Civil Procedure governs amendments to pleadings. Rule 15(a)(1) grants a party the right to "amend its pleading once as a matter of course," if done within twenty-one (21) days after serving the pleading, Fed. R. Civ. P. 15(a)(1)(A), or, "if the pleading is one to which a responsive pleading is required," a party may amend once as a matter of course, provided that it does so within "21 days after service of a responsive pleading <u>or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier</u>." Fed. R. Civ. P. 15(a)(1)(B) (emphasis added).

For the reasons stated therein, and with Defendants' consent, Plaintiff's "Consent Motion for Leave to Amend Complaint" (document #39) is <u>granted</u>.

It is well settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. <u>Young v. City of Mount Ranier</u>, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect); <u>Turner v. Kight</u>, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint).

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Consent Motion for Leave to Amend Complaint" (document #39) is **GRANTED**. Plaintiff shall file his Second Amended Complaint within ten days of this Order.

2. "Defendants' Motion to Dismiss Plaintiff's Amended Complaint" (document #33) is **DENIED** administratively as moot without prejudice.

3. The Clerk is directed to send copies of this Order to the parties' counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: November 29, 2016

David S. Cayer
United States Magistrate Judge